FILED
JAN 11 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:04-HC-775-FL

FILED
NOV 0 7 2005
FRED L. BORCH III, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP. CLK

| | |
|---|---|
| THOMAS EDWARD MORTON,<br>Petitioner,<br><br>v.<br><br>UNITED STATES PAROLE<br>COMMISSION,<br>Respondent. | ORDER |

CASE NUMBER  1:06CV00035
JUDGE: James Robertson
DECK TYPE: Habeas Corpus/2255
DATE STAMP: 01/11/2006

Petitioner, a federal inmate, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Habeas corpus actions are subject to jurisdictional limitations. See Braden v. 30th Judicial Circuit Court of Kentucky, 410 U.S. 484, 495 (1973). Section 2241 of title 28 of the United States Code vests habeas jurisdiction in the district court for the district in which the prisoner is confined. Rumsfeld v. Padilla, __U.S.__, 124 S.Ct. 2711, 2714 (2004); In re Jones, 226 F.3d 328, 332 (4th Cir. 2000). Petitioner is currently confined in the District of Columbia. Thus, this court does not have jurisdiction over petitioner's claim. Accordingly, it is ORDERED that this action is TRANSFERRED to the United States District Court for the District of Columbia.

SO ORDERED, this the 3rd day of November, 2005.

LOUISE W. FLANAGAN
Chief United States District Judge

I certify the foregoing to be a true and correct copy of the original.
Fred L. Borch III, Clerk
United States District Court
Eastern District of North Carolina
By _____ Deputy Clerk

CLOSED

# U.S. District Court
## Eastern District of North Carolina (Western Division)
## CIVIL DOCKET FOR CASE #: 5:04-hc-00775-FL
## Internal Use Only

Morton v. US Parole Commission
Assigned to: Chief Judge Louise Wood Flanagan
Demand: $0
Cause: 28:2241 Petition for Writ of Habeas Corpus (Federal)

Date Filed: 10/12/2004
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: U.S. Government Defendant

**Petitioner**

**Thomas Edward Morton**                    represented by    **Thomas Edward Morton**
                                                              30431-007
                                                              Rivers Correctional Institution
                                                              P.O. Box 630
                                                              Winton, NC 27986
                                                              PRO SE

V.

**Respondent**

**United States Parole Commission**         represented by    **R. A. Renfer, Jr.**
                                                              U.S. Attorney's Office
                                                              310 New Bern Ave.
                                                              Suite 800
                                                              Raleigh, NC 27601-1461
                                                              919-856-4530
                                                              Email: usance.ecfcivil@usdoj.gov
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

I certify the foregoing to be a true and correct copy of the original.
Fred L. Borch III, Clerk
United States District Court
Eastern District of North Carolina
By _____, Deputy Clerk

| Date Filed | # | Docket Text |
|---|---|---|
| 10/12/2004 |   | Original file, certified copy of transfer order and docket sheet received from District of Columbia (Washington, D.C.) Pleadings #1-3 were filed prior to transfer (jj) Modified on 10/19/2004 (Entered: 10/19/2004) |
| 11/04/2004 |   | Case submitted to: Staff Counsel II [0-0] transfer submitted (jj) (Entered: 11/04/2004) |
| 11/29/2004 | 4 | Order directing the clerk to continue management of this action signed by Chief Judge Flanagan cc: pet. (gm) (Entered: 12/13/2004) |
| 12/13/2004 |   | TRUST FUND INFORMATION REQUESTED - Rivers Correctional |

| | | |
|---|---|---|
| | | Center (gm) (Entered: 12/13/2004) |
| 01/03/2005 | 5 | Trust Fund Account received from Rivers Correctional Inst. (gm) (Entered: 01/11/2005) |
| 01/14/2005 | 6 | Order granting [2-1] motion to proceed in forma pauperis signed by Magistrate Judge Dever cc: pet, USA (gm) (Entered: 01/25/2005) |
| 01/25/2005 | | Letter to U.S. Attorney's Office with Petition for Writ of Habeas Corpus. Answer due on 2/14/05 for US Parole Commission (gm) (Entered: 01/25/2005) |
| 02/14/2005 | | Added for US Parole Commission attorney R. A. Renfer Jr. (gm) (Entered: 02/22/2005) |
| 02/14/2005 | 7 | Motion by US Parole Commission for extension of time (gm) (Entered: 02/22/2005) |
| 02/22/2005 | 8 | Letter from Thomas Edward Morton dated February 17, 2005 addressed to Chief Judge Flanagan (gm) (Entered: 03/02/2005) |
| 02/23/2005 | 9 | Order granting [7-1] motion for extension of time and resetting answer due for 3/16/05 for US Parole Commission signed by Brooks, Acting Clerk cc: pet, USA (gm) (Entered: 03/03/2005) |
| 03/08/2005 | 10 | Motion by US Parole Commission to dismiss or for summary judgment (gm) (Entered: 03/16/2005) |
| 03/08/2005 | 11 | Memorandum by US Parole Commission in support of [10-1] motion to dismiss, [10-2] motion for summary judgment (gm) (Entered: 03/16/2005) |
| 03/16/2005 | | Rule 56 Letter issued to petitioner - Response to motion due 4/5/05 for [10-1] motion to dismiss, Response to motion due 4/5/05 for [10-2] motion for summary judgment (gm) (Entered: 03/16/2005) |
| 03/22/2005 | 12 | Response by Thomas Edward Morton to [10-1] motion to dismiss, [10-2] motion for summary judgment (gm) (Entered: 03/30/2005) |
| 04/01/2005 | 13 | Response by Thomas Edward Morton to [10-1] motion to dismiss, [10-2] motion for summary judgment (gm) (Entered: 04/11/2005) |
| 04/04/2005 | 14 | Order returning pleading entitled " Petitioner's Reply to Government's Motion to Dismiss or for Summary Judgment" for failure to comply with Local Rules - no signature. signed by Magistrate Judge Webb cc: pet, USA (gm) (Entered: 04/12/2005) |
| 05/17/2005 | | Motion(s) submitted to Staff Counsel II: [10-1] motion to dismiss submitted, [10-2] motion for summary judgment submitted (gm) (Entered: 05/17/2005) |
| 11/07/2005 | 15 | ORDER transferring action to United States District Court for the District of Columbia. Signed by Judge Louise Wood Flanagan on 11/3/2005. (Deputy Clerk, AI) (Entered: 11/16/2005) |
| | | |

| 11/16/2005 | Case transferred to District of Columbia. Original file, certified copy of transfer order, and docket sheet sent. (Deputy Clerk, AI) (Entered: 11/16/2005) |
|---|---|