**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

THOMAS EDWARD MORTON,  :
:
        Petitioner,  :
:
  v.  :  Civil Action No.  06-0035 (JR)
:
UNITED STATES PAROLE  :
COMMISSION,  :
:
        Respondent.  :

## DISMISSAL ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the petition for writ of habeas corpus [Dkt. #1] is **DISMISSED** as moot.

**SO ORDERED.**

                        JAMES ROBERTSON
                        United States District Judge